JESSE S. KAPLAN   CSB#103726
5441 Fair Oaks Bl. Ste. C-1
Carmichael, CA   95608
916/488-3030
916/489-9297 fax

Attorney for Plaintiff
AZAM BOZORGMANESH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA
-o0O0o-

| | |
|---|---|
| AZAM BOZORGMANESH,<br><br>    Plaintiff,<br><br>v.<br><br>CAROLYN COLVIN,<br>  Acting Commissioner of Social Security,<br><br>    Defendant.<br>_____/ | No.   2:12-CV-02656-CKD<br><br>ORDER EXTENDING PLAINTIFF'S TIME TO FILE MOTION FOR SUMMARY JUDGMENT |

ORDER

For good cause shown, the requested extension of plaintiff's time to file a motion for summary judgment is extended to July 8, 2013. Defendant's cross-motion is now due August 7, 2013.

SO ORDERED.

Dated: June 27, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1