1  JESSE S. KAPLAN    CSB#103726
   5441 Fair Oaks Bl. Ste. C-1
2  Carmichael, CA   95608
   916/488-3030
3  916/489-9297 fax

4  Attorney for Plaintiff
   AZAM BOZORGMANESH

<br>

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA
                        -o0O0o-

11 AZAM BOZORGMANESH,                    No.   2:12-CV-02656-CKD

12         Plaintiff,                    *EX PARTE* MOTION
                                         AND  ORDER EXTENDING
13                                       PLAINTIFF'S TIME TO FILE
     v.                                  MOTION FOR SUMMARY
14                                       JUDGMENT
   CAROLYN COLVIN,
15   Acting Commissioner of Social Security,

16         Defendant.
   _____/

   Plaintiff AZAM BOZORGMANESH  moves the court *ex parte* for a second extension of time to file a motion for summary judgment.

   The reason for this is that the undersigned has a particularly large number of these cases in federal court currently, along with the rest of his practice, but more specifically because of being unable to download the transcript for this case. Attempts were made repeatedly on July 3rd and July 5th, but only about 250 pages of about 675 pages were produced. It might be a computer problem, but it appears to be a problem with the electronic system itself, perhaps one that developed after the beginning of the July 4th holiday. Attempting to download another file was also problematic.

   Because work could not be begun and the undersigned has five Social Security hearings this week, along with other work, a second extension to July 15, 2013, is requested.

   ///

                                      1

Dated: July 8, 2013                                       /s/   Jesse S. Kaplan
                                                          JESSE S. KAPLAN
                                                          Attorney for Plaintiff

## ORDER

For good cause shown, the requested extension of plaintiff's time to file a motion for summary judgment is extended to July 15, 2013.

SO ORDERED.

Dated: July 10, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE