BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX,
Social Security Administration

ARMAND D. ROTH
Special Assistant United States Attorney
California Bar No. 214624
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: (415) 977-8924
    Fax: (415) 744-0134
    E-Mail: Armand.Roth@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO

| | |
|---|---|
| Azam Bozorgmanesh,<br><br>    Plaintiff,<br><br>        v.<br><br>Michael J. Astrue,<br>Commissioner of Social Security,<br><br>    Defendant. | No. 12-cv-02656-CKD<br><br>**STIPULATION AND [PROPOSED] ORDER FOR SENTENCE SIX REMAND** |

/////

The parties have agreed to a voluntary remand of this case pursuant to sentence six of 42 U.S.C. § 405(g) because the hearing transcript was not included in the record.

Upon remand, the Appeals Council will remand the case for transcription of the hearing and inclusion in the record.

Respectfully submitted on August 7, 2013,

/s/ Jesse S. Kaplan
JESSE S. KAPLAN
Attorney for Plaintiff

BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX,
Social Security Administration
By: /s/ Armand Roth
Special Assistant United States Attorney

ORDER

IT IS SO ORDERED.

Dated:  August 8, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE