BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX,
Social Security Administration

ARMAND D. ROTH
Special Assistant United States Attorney
California Bar No. 214624
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: (415) 977-8924
    Fax: (415) 744-0134
    E-Mail: Armand.Roth@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO

| | |
|---|---|
| Azam Bozorgmanesh,<br><br>    Plaintiff,<br><br>        v.<br>Michael J. Astrue,<br>Commissioner of Social Security,<br><br>    Defendant. | No. 12-cv-02656-CKD<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER RESETTING BRIEFING SCHEDULE** |

1

The parties stipulate to the following briefing schedule following filing of a supplemental transcript. Plaintiff's motion for summary judgment and/or remand shall be due by November 6, 2013. Defendant's opposition or cross-motion shall be due by December 6, 2013.

Respectfully submitted on October 23, 2013,

/s/ Jesse S. Kaplan
JESSE S. KAPLAN
Attorney for Plaintiff

BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX,
Social Security Administration
By: /s/ Armand Roth
Special Assistant United States Attorney

ORDER

IT IS SO ORDERED.

Dated: October 25, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE