**JESSE S. KAPLAN CSB# 103726**
**5441 Fair Oaks Blvd Ste. C-1**
**Carmichael, CA 95608**
**(916) 488-3030**
**(916) 489-9297 fax**

**Attorney for Plaintiff**
**AZAM BOZORGMANESH**

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

-O0O0O-

| | |
|---|---|
| **AZAM BOZORGMANESH,**             Plaintiff,<br><br>vs.<br><br>**Carolyn Colvin,**<br><br>**ACTING COMMISSIONER OF SOCIAL SECURITY,**<br><br>                    Defendant | Case No.: **2:12-CV-02656-CKD**<br><br>**STIPULATION AND ORDER APPROVING SETTLEMENT OF ATTORNEY FEES UNDER JUSTICE ACT [28 U.S.C. §2412(d)]** |

    THE PARTIES STIPULATE through the undersigned, subject to the approval of the Court, that plaintiff be awarded attorney fees in the amount of Two Thousand Five Hundred Twenty-Two dollars and seven cents ($2,522.07) under the *Equal Access to Justice Act,* 28 U.S.C. §2412(d) and that there will be no award of costs. This will represent compensation for all legal services rendered by counsel for plaintiff in this civil action and in accordance with that statute.

    Upon the Court's order, defendant will consider the assignment of those *EAJA* fees pursuant to *Astrue v. Ratliff,* 130 S.Ct. 2521, 2252-2253 (2010), considering any offsets allowed under the United States Department of Treasury's Offset Program. Fees shall be made payable to plaintiff, but if the Treasury Department determines plaintiff owes no federal debt, then the government shall pay the fees directly to Jesse S. Kaplan based on an assignment executed by plaintiff and will deliver the payment to said counsel.

This stipulation constitutes a compromise settlement of plaintiff's request for *EAJA* fees and not an admission of liability of defendant under the *EAJA*. Payment of this agreed amount shall constitute a complete release and bar of plaintiff and her counsel regarding *EAJA* fees relating to this action. This award is without prejudice to plaintiff's counsel's right to fees under 42 U.S.C. §406(b), subject to the savings clause provisions of the *EAJA*.

Dated: May 28, 2014

*/s/ Jesse S. Kaplan*

JESSE S. KAPLAN
Attorney for Plaintiff

Dated: May 28, 2014

*/s/ per email authorization*

ARMAND ROTH
Special Assistant U.S. Attorney
Attorney for Defendant

## ORDER

GOOD CAUSE APPEARING from the foregoing stipulation, IT IS ORDERED that defendant pay plaintiff's attorney fees pursuant to the *EAJA* in accordance with this stipulation.

Dated: June 2, 2014

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER APPROVING SETTLEMENT OF ATTORNEY FEES UNDER JUSTICE ACT [28 U.S.C. §2412(d)] - 2